# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| JOHNNA WILLIAMS,<br><br>        Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>        Defendant. | CIVIL ACTION<br>FILE NO: 4:14-CV-04809-RBH |

## DEFENDANT BANK OF AMERICA, N.A.'S ANSWER TO LOCAL RULE 26.01 INTERROGATORIES

Defendant Bank of America, N.A. ("BANA"), pursuant to Local Rules of the Federal District Court of South Carolina, responds as follows to Local Rule 26.01 Interrogatories:

**(A)** **State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest**.

**ANSWER**: BANA is not aware of any person or legal entity with a subrogation interest in this action.

**(B)** **As to each claim, state whether it should be tried jury or non-jury and why.**

**ANSWER:** Plaintiff has demanded a jury trial in the Complaint.

**(C)** **State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent.**

**ANSWER**: Defendant Bank of America, N.A., is a National Association, and wholly-owned subsidiary of BANA Holding Corporation, which is a wholly-owned subsidiary of BAC North America Holding Company, which is a wholly-owned subsidiary of NB Holdings Corporation, which is a wholly-owned subsidiary of Bank of America Corporation, which is a

publicly-held entity. No publicly-held corporation owns more than 10% of Bank of America Corporation.

**(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

**ANSWER:** The United States District Court for the District of South Carolina is the proper place to file this Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure because it is a response to Plaintiff's Complaint, over which this Court has federal question subject-matter jurisdiction pursuant to 28 U.S.C. § 1331 based on Plaintiff's action arising under the Telephone Consumer Protection Act, 47 U.S.C. § 227.

**(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.**

**ANSWER:** BANA is not aware of any cases related to this action.

**(F)     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

**ANSWER:** Bank of America, N.A. is the proper name of this Defendant.

**(G)     If you contend that some other person or legal entity is, in whole or in part, liable to you or to the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.**

**ANSWER:** None known. BANA reserves the right to claim another person or legal entity is, in whole or in part, liable to BANA if later discovered.

This 13th day of February, 2015.

              /s/ *T. Richmond McPherson*
              T. Richmond McPherson
              S.C. Fed Bar No. 11214
              McGuireWoods LLP
              201 N. Tryon Street, Suite 3000
              Charlotte, NC 28202
              Telephone: (704) 373-8999
              rmcpherson@mcguirewoods.com
              *Attorney for Defendant Bank of America, N.A.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of February, 2015, served the foregoing Defendant Bank of America, N.A.'S Answer to Local Rule 26.01 Interrogatories with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all counsel of record:

>Penny Hayes Cauley, Esq.
>HAYS CAULEY, P.C.
>1303 W. Evans Street
>Florence, South Carolina  29501
>phc917@hayscauley.com
>*Attorney for Plaintiff*

/s/ *T. Richmond McPherson*
T. Richmond McPherson
S.C. Fed Bar No. 11214
*Attorney for Defendant Bank of America, N.A.*