**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Johnna Williams** | ) | |
| | ) | |
| **Plaintiff,** | ) | **4:14-cv-04809-RBH** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Bank of America, National** | ) | |
| **Association,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JOINT STIPULATION OF DISMISSAL WITH  PREJUDICE

Comes now the Plaintiff, Johnna Williams, and Defendant, Bank of America, National

Association, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

hereby stipulate that this matter should be dismissed with prejudice, with each party to bear

its own costs and attorney's fees.

Respectfully submitted,


/s/ Penny Hays Cauley
**Penny Hays Cauley**
Federal ID #10323
**HAYS CAULEY, P.C.**
1303 West Evans Street
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com
**Attorney for Plaintiff**

*/s/ Brian A. Calub*

**Brian A. Calub**
FED ID #9836
**MCGUIRE WOODS LLP**
Fifth Third Center
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
(704) 343-2000
(704) 343-2300 Facsimile
Jetaylor@mcguirewoods.com
**Attorney for Defendant**